1  KRISTA J. NIELSON, ESQ.
   Nevada Bar No. 10698
2  **TIFFANY & BOSCO, P.A.**
   10100 W. Charleston Blvd., Ste. 220
3  Las Vegas, Nevada 89135
   (702) 258-8200
4  Attorney for Plaintiffs
5
6  TB# 15-71882

7              **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9  DITECH FINANCIAL LLC, fka GREEN TREE
   SERVICING LLC and FEDERAL NATIONAL          Case No.:  2:16-CV-2702-APG-NJK
10 MORTGAGE ASSOCIATION,

11            Plaintiffs,                        **STIPULATION AND ORDER OF FINAL
                                                 JUDGMENT CONFIRMING**
12 vs.                                           **EXISTENCE AND VALIDITY OF
                                                 DEED OF TRUST AND RELEASE OF**
13 CHALET VEGAS HOMEOWNERS                       **LIS PENDENS**
   ASSOCIATION, a Nevada Homeowners
14 Association,
15
16            Defendants.
17

18        Plaintiffs, DITECH FINANCIAL LLC, fka GREEN TREE SERVICING LLC and

19 FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Plaintiffs"), and Defendant, CHALET

20 VEGAS HOMEOWNERS ASSOCIATION ("Defendant" or "HOA"), by and through their

21 undersigned and respective counsel of record, hereby stipulation and agree as follows:

22    1.  This matter relates to the real property located at 4600 Swenson Street #113, Las Vegas,

23        Nevada 89169, APN 162-22-310-113 (the "Property"). The Property is more specifically

24        described as:

25        PARCEL 1:   AN UNDIVIDED ONE/TWENTIETH (1/20TH) FRACTIONAL
          INTEREST AS TENANT-IN-COMMON IN AND TO PHASE IV OF CHALET VEGAS
26        FILED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
          NEVADA, ON OCTOBER 11, 1984 IN BOOK 32, PAGE 27 OF PLATS AS
27        INSTRUMENT NO. 1964371, AND CERTIFICATE OF AMENDMENTS THERETO
          RECORDED NOVEMBER 20, 1984 IN BOOK 2025 OF OFFICIAL RECORDS AS
28        DOCUMENT NO. 1984021 AND JUNE 4, 1985 IN BOOK 2120 AS DOCUMENT NO.

                                        - 1 -

2079092 OF OFFICIAL RECORDS. EXCEPTING THEREFROM THE FOLLOWING: UNITS 5 THROUGH 61, 106 THROUGH 115 AND 159 THROUGH 163 OF CHALET VEGAS, PHASE IV, CONDOMINIUM PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, ON OCTOBER 11, 1984, AS DOCUMENT NO. 1964371, AND CERTIFICATE OF AMENDMENT THERETO RECORDED NOVEMBER 20, 19841N BOOK 2025 OF OFFICIAL RECORDS AS DOCUMENT N0.1984021.

PARCEL II:   UNIT NO. ONE HUNDRED THIRTEEN (113) OF PHASE IV, AS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO ABOVE.  PARCEL Ill: THE EXCLUSIVE RIGHT TO USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF PARCEL II DESCRIBED ABOVE, AS RESTRICTED COMMON AREAS ON THE CONDOMINIUM PLAN REFERRED TO ABOVE, WHICH RIGHT IS APPURTENANT TO PARCELS I AND II ABOVE.   PARCEL IV:   A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE COMMON AREA OF PHASES I, II, Ill, V THROUGH XI, INCLUSIVE, OF CHALET VEGAS, FILED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, ON OCTOBER 11, 1984, WHICH EASEMENT IS APPURTENANT TO PARCELS I, II AND Ill DESCRIBED ABOVE. THIS EASEMENT SHALL BECOME EFFECTIVE UPON THE RECORDATION OF A DECLARATION OF ANNEXATION DECLARING PHASES II THROUGH XI TO BE SUBJECT TO THE DECLARATION OF RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE OR A SEPARATE DECLARATION OF RESTRICTIONS WHICH REQUIRES THE OWNERS OF PHASES II THROUGH XI TO BE MEMBERS OF THEASSOCIATION (AS DEFINED BELOW), ALL AS MORE FULLY SET FORTH IN THE DECLARATION TO WHICH REFERENCE IS HEREAFTER MADE. THE COMMON AREA REFERRED TO HEREIN AS PHASES II THROUGH XI AS SHOWN AND DESCRIBED ON THE CONDOMINIUM PLAN COVERING PHASES II THROUGH XI RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, EXCEPTING THEREFROM ANY RESIDENTIAL BUILDING THEREON AND ANY PORTION THEREOF WHICH MAY BE DESIGNATED AS AN EXCLUSIVE USE AREA.

2. The Deed of Trust that encumbers the Property was recorded on May 21, 2007, as Instrument No. 20070521-0003190, in the Official Records of Clark County, Nevada (the "Deed of Trust").

3. In July 2007, Federal National Mortgage Association acquired ownership of the loan, including the Deed of Trust and associated promissory note.

4. On July 16, 2014, Hampton & Hampton Collections LLC, recorded a Trustee's Deed Upon Sale as Instrument No. 20140716-0001892 (the "Foreclosure Deed"), which reflected that Chalet Vegas Homeowners Association acquired the Property for the sum of $6,305.00 (the "HOA Sale").

5. The HOA has not transferred its interest in the Property and is still the title holder of record.

6. On November 23, 2016, Plaintiffs initiated a quiet title action against the HOA in the United States District Court, District of Nevada, Case No. 2:16-CV-2702-APG-NJK (the "Quiet Title Action").

7. Plaintiffs and the HOA have entered a settlement agreement in which they have settled all claims between them in this case. This Stipulation and Order applies to the matters addressed in this particular case only and has no relevance to any other matter.

8. The HOA agrees that the Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the Foreclosure Deed, and the HOA's interest in the Property is subject to the Deed of Trust.

9. Additionally, the HOA agrees it will not contest any foreclosure proceedings by Plaintiffs or their successors-in-interest regarding the Property.

10. The HOA also agrees that it will not transfer any interest in the Property that it purportedly obtained at the HOA Sale to any other person or entity following execution of this Stipulation.

/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././

- 3 -

11. The Parties further stipulate and agree that the Quiet Title Action is hereby dismissed with prejudice and that each party is to bear its own fees and costs.

12. The Parties further stipulate that this Stipulation and Order may be recorded in the Official Records of the Clark County Recorder.

13. The parties further stipulate that the Lis Pendens recorded as Instrument No. 20150702-0001758 on July 2, 2015, is hereby released and expunged from public records.


DATED this 6th day of July, 2020.

TIFFANY & BOSCO, P.A.


*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
10100 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

DATED this 6th day of July, 2020.

LEACH KERN GRUCHOW ANDERSON SONG


*/s/ Ryan D. Hastings, Esq.*
Ryan Hastings, Esq.
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July 6, 2020.